**Order entered September 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-00989-CV

---

### KEEFE, BRUYETTE & WOODS, INC., Appellant

### V.

### GREENHILL COGENT HOLDINGS, L.P., Appellee

---

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04509**

---

## ORDER

We **GRANT** appellant's unopposed August 30, 2016 motion to abate appeal for findings of fact and conclusions of law. *See* TEX. R. CIV. P. 296, 297. We **ORDER** the Honorable Ken Molberg, Presiding Judge of the 95th Judicial District Court of Dallas County, Texas to make findings of fact and conclusions of law, in accordance with Texas Rule of Civil Procedure 297 within twenty (20) days of the date of this order. The findings of fact and conclusions of law shall be filed in a supplemental clerk's record with this Court within twenty-five (25) days of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Molberg, Dallas County District Clerk Felicia Pitre, and all counsel of record.

We **ABATE** the appeal to allow the trial court to comply with this order.  The appeal will be reinstated thirty (30) days from the date of this order or when the Court receives the findings of fact and conclusions of law, whichever occurs sooner.


/s/     ELIZABETH LANG-MIERS
            JUSTICE